In the Matter of CHARLES A. SMYTHWICK, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of THOMAS J. O'NEILL, an Attorney.— Motion to appoint new referee denied. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SAMUEL C. DALRYMPLE v. MOSES SCHWARTZ.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

BESSIE CAWLEY v. VALLEY STREAM HOUSE AND HOME COMPANY.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of and Trustee under the Will of JOSEPH FISHER, Deceased, Respondent, Appellant, for Payment of the Awards Made for Parcels Nos. 3, 4 and 6 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in Proceedings to Open West One Hundred and Eighty-fourth Street from Broadway to Overlook Terrace and Overlook Terrace from West One Hundred and Eighty-fourth Street to Fort Washington Avenue in the Borough of Manhattan, City of New York. JAMES GORDON BENNETT, Appellant, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ELIPHALET W. TYLER, Respondent, v. THOMAS O'CONNOR and Another, Appellants, Impleaded with TWIN CITY POWER COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and. Page, JJ.

ELCO ELECTRIC TRADING COMPANY, Respondent, v. MARY R. RAMSEY, as Administratrix, etc., Appellant, Impleaded with JOHN H. TRUMBULL, Respondent.— Order modified by allowing defendant Ramsey to withdraw demurrer, and as so modified affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ASTA ASCHE,. an Infant, by HELGA O'CONNOR, Her Guardian ad Litem, Appellant, v. HERMAN T. ASCHE, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of Proving the Last Will and Testament of LUCY D. SHEAFE, Deceased, as a Will of Personal Property. GEORGE STANLEY ST. AMANT and Another, Appellants; HORATIO S. KRANS, Executor, etc., Respondent. — Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

WILLIAM H. DARROW, Appellant, v. HOWARD HUMISTON, Appellant, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

GIUSEPPE BARBATI, as Administrator, etc., Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment